1  **LEX TECNICA, LTD.**
2  F. CHRISTOPHER AUSTIN, ESQ.
   Nevada Bar No. 6559
3  SCOTT WHITWORTH, ESQ.
   Nevada Bar No. 15671
4  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
5  Phone: (725) 239-8413
   chris@lextecnica.com
6  scott@lextecnica.com
7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRON BIRD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RED CAT HOLDINGS, INC., <br><br> Defendant. | Case No.: 3:25-CV-00103-ART-CLB <br><br> **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT** <br><br> **[First Request]** |

Defendant, RED CAT HOLDINGS, INC. and Plaintiff, IRON BIRD, LLC, by and through their respective counsel of record, do hereby stipulate for an extension of time for Defendant to file their Answer to Plaintiff's Complaint from March 13, 2025, to May 21, 2025. This is the first such request to extend.

The parties aver that good cause exists for the requested extension of time. Defendant's recently retained F. Christopher Austin as counsel in this matter. To adequately consult with counsel and secure the benefit of counsel's review of this matter and assess all claims, Defendant requests a 30-day extension from the date of request, April 21, 2025, by counsel for Defendant.

Plaintiff in this matter has graciously consented to this requested extension. The parties further represent that this request is made in good faith and without any purpose to delay or harass and that neither party will be prejudiced by the short extension hereby requested. Accordingly, the parties respectfully request an extension of time to prepare and submit the Answer to Plaintiff's Complaint to May 21, 2025.

1  The parties therefore stipulate to extend the deadline for Defendant to file an Answer to
2  Plaintiff's Complaint.

3  DATED this 24th day of April, 2025.   DATED this 24th day of April, 2025.

**LEX TECNICA LTD**   **RABICOFF LAW LLC**

/s/  F. Christopher Austin    /s/ Isaac Rabicoff
F. CHRISTOPHER AUSTIN, ESQ.   ISAAC RABICOFF, ESQ.
Nevada Bar No. 6559   4311 North Ravenswood Avenue, Suite 315
SCOTT WHITWORTH, ESQ.   Chicago, Illinois 60613
Nevada Bar No. 15671   (773) 669-4590
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145   **BAYRAMOGLU LAW OFFICES LLC**
*Attorneys for Plaintiff/Counter-Defendant*   NIHAT DENIZ BAYRAMOGLU, ESQ.
Nevada. Bar No. 14030
GOKALP BAYRAMOGLU, ESQ.
Nevada Bar No. 15500
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
*Attorneys for Plaintiff, Iron Bird, LLC*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

DATED: April 25, 2025