1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Iron Bird, LLC | Case No.: 3:25-cv-00103-ART-CLB |
|      Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND RESPONSE DEADLINE TO MOTION TO DISMISS** |
| Red Cat Holdings, Inc. | |
|      Defendant. | **(First Request)** |

Plaintiff Iron Bird, LLC ("Plaintiff") and Defendant Red Cat Holdings, Inc. ("Defendant") [collectively, the "Parties"] through their respective undersigned counsel, hereby stipulate to the extension of time to respond to Motion to Dismiss for Failure to State Claim [Dkt. No. 18], or file amended complaint. The Response to Motion to Dismiss is set for July 9, 2025, and parties stipulate to allow Plaintiff twenty-one (21) days up to July 30, 2025, to allow the Parties to continue settlement negotiations and analyze the approximate 474 pages of Defendant's Motion. This is the first stipulation for extension of time to respond to Defendant's Motion to Dismiss. This request is brought in accordance with Local Rule 6-1(b) as follows:

1.     On April 24, 2025, settlement negotiations were initiated between the parties.

2.     On June 25, 2025, Defendant Responded to Plaintiff's First Amended Complaint [Dkt. No. 18].

3.    In light of settlement negotiations and the need to properly analyze Defendant's Motion, the Parties request and stipulate to the Court's entry of an order to extend the July 9, 2025 deadline to July 30, 2025.

4.    The Parties submit that there is good cause for the requested extension due to meaningful negotiations and neither party would be prejudiced by the extension of time. Absent the requested extension in the present action, the Parties' may not have sufficient time to resolve these claims in an expeditious and meaningful manner.

DATED: July 9, 2025                                    Respectfully submitted,

By: /s/ David Silver                                    By: /s/H. Jared Doster
David Silver, Esq.                                      H. Jared Doster, Esq.
**BAYRAMOGLU LAW OFFICES LLC**        **WEIDE & MILLER LTD.**

*Attorney for Iron Bird, LLC.*                  *Attorney for Red Cat Holdings, Inc..*

### ORDER

The deadline to respond to Defendant's Motion to Dismiss [Dkt. No. 18] or file an amended complaint is extended to July 30, 2025.

_____
Honorable Anne R. Traum
UNITED STATES DISTRICT JUDGE

DATED: July 10, 2025

2

Case No. 3:25-cv-00103-ART-CLB